# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE MIGUEL GUTIERREZ,

    *Petitioner*,

vs.

BRIAN E. WILLIAMS, et al.,

    *Respondents*.

2:10-cv-00109-JCM-NJK

ORDER

    This habeas matter is before the court on respondents' two motions for extension of time to answer the amended petition. Good cause appearing, the motions are granted.

    **IT IS THEREFORE ORDERED** that respondents' first motion for extension of time (ECF #53) is **GRANTED** *nunc pro tunc*.

    **IT IS FURTHER ORDERED** that respondents' second motion for extension of time (ECF #54) is **GRANTED**. Respondents shall file their answer to the amended petition on or before June 24, 2015.

Dated June 10, 2015.

                                                                UNITED STATES DISTRICT JUDGE